**Malcolm Maxwell RYIDU–X, Plaintiff–Appellant,**

v.

**MARYLAND DIVISION OF CORRECTION; William W. Sondervan, Commission of Corrections; Thomas R. Corcoran, Warden, Maryland Correctional Adjustment Center, Defendants–Appellees.**

No. 04–6982.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2004.

Decided: Oct. 20, 2004.

Malcolm Maxwell Ryidu–X, Appellant pro se.

Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu–X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ryidu–X v. Maryland Div. of Corr.,* No. CA–02–692–WDQ (D. Md. filed May 13, 2004 & entered May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*